**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-04051-RMR

ALBERT JOSHUA RAMIREZ ANDRADE,

      Petitioner,

v.

JUAN BALTAZAR, Warden, Denver Contract Detention Facility, Aurora, Colorado, in his official capacity,
ROBERT HAGAN, Director of the Denver Field Office for U.S. Immigration and Customs Enforcement, in his official capacity;
KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity,
TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity,
PAMELA BONDI, Attorney General of the United States, in her official capacity,

      Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to and in accordance with the Order [ECF No. 20] entered by United States District Judge Regina M. Rodriguez on March 4, 2026 it is hereby

ORDERED that the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [ECF No. 1] is GRANTED. It is

FURTHER ORDERED that as the prevailing party, Petitioner is awarded their costs to be taxed by the Clerk of the Court in the time and manner prescribed in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is

FURTHER ORDERED that his case is closed.

Dated at Denver, Colorado this 22nd day of July, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/K. Myhaver

Kally Myhaver, Deputy Clerk